# UNITED STATES DISTRICT COURT
for the
## District of Guam

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO:** | U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227<br>Fax (202) 485-6496<br>Email: CA-PPT-CourtOrders@state.gov | **FROM:** | Trina P. Duenas<br>U.S. Probation Officer<br>District of Guam<br>520 W Soledad Ave FL 2<br>Hagatna, GU  96910 |

☐ **Original Notice**  
**Date:** May 13, 2019  
**By:** Honorable Joaquin V.E. Manibusan, Jr.<br>Magistrate Judge

☒ **Notice of Disposition**  
**Date:** February 3, 2021  
**By:** Honorable Frances M. Tydingco-Gatewood<br>Chief Judge

| | | | |
|---|---|---|---|
| Defendant: | LONG, Dexter Wilton | Case Number: | MJ19-00036-001 /<br>CR19-00022-001 |
| Date of Birth: | XX-XX-1961 | Place of Birth: | XXXXXX, Mississippi |
| SSN: | XXX-XX-2414 | | |

**Notice of Court Order** (Order Date:  May 10, 2019  )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number  XXXXXXXX  and/or passport card number _____ to the custody of the U.S. Probation Office on  May 10, 2019 .

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☒ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court